UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRESCO, LLC,

                      Plaintiff,

        -v-

SUNSHINE FRESH FOODS, LLC, *et al.*
                     Defendants.

20-CV-8733 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Although Plaintiff has obtained certificates of default, it has not yet moved for default judgment in this case. Any motion for default must comply with Local Civil Rule 55.1 and 55.2 and this Court's Individual Practices in Civil Cases. Accordingly, on or before March 12, 2021, Plaintiff shall file a motion for default judgment in compliance with the following procedure:

    1. Serve and file a motion for default judgment, with the supporting materials as laid out in this Court's individual practices, available at nysd.uscourts.gov/hon-j-paul-oetken.

    2. File an affidavit of service within fourteen days of filing the motion for default judgment; if more time is required, Plaintiff should file a letter on ECF explaining why additional time is necessary and when Plaintiff anticipates service will be completed.

    SO ORDERED.

Dated: March 3, 2021
       New York, New York

                                                    J. PAUL OETKEN
                                                United States District Judge