**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

FRESCO, LLC,

                     Plaintiff,

        -against-

SUNSHINE FRESH FOODS, LLC, et al.,

                    Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2022

20 CIVIL 8733 (JPO)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum and Order dated March 28, 2022, Plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded $8,177.69, with prejudgment interest at nine percent from October 20, 2020, to the date that judgment is entered, jointly and severally from Defendants Douglas Diaz and Sunshine Fresh Foods LLC, in the amount of $1,056.60. Plaintiff's request for attorney's fees and costs is denied without prejudice to renewal, provided that any renewed and adequately supported request for fees and costs shall file filed within 30 days after the date of the order; accordingly, the case is closed.

**DATED**: New York, New York
           March 28, 2022

                                                        **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                   BY: _____
                                                           **Deputy Clerk**